## The State, ex rel. Atchison et al., *v.* Best et al.

From the Montgomery Circuit Court.

*S. H. Doyal* and *P. W. Gard,* for appellants.

*M. D. White,* for appellees.

Perkins, J.—Suit on a constable's bond. Breach assigned: failure to levy, and make the money, on an execution.

Answer, general denial.

Trial by jury; verdict for defendants, and judgment, over a motion for a new trial, on the verdict.

The only cause assigned in the motion for a new trial was, that the verdict was not supported by the evidence. The only assignment of error in this court is the overruling of the motion for a new trial.

The evidence is decidedly conflicting.

We can not say the verdict upon it was wrong, and incline to the opinion that it was right.

Judgment affirmed, with costs.

Decided at November Term, 1876.

---

## Worland et al. *v.* The County Line and Chapel Turnpike Co. et al.

From the Shelby Circuit Court.

*K. M. Hord* and *A. Blair,* for appellants.

*T. W. Woollen* and *B. F. Love,* for appellees.

Perkins, C. J.—In this case the assessment of benefits, etc., was made in part by different sets of assessors, as it was in the case of *Webb* v. *The Brandywine, etc., Turnpike Co.,* 55 Ind. 441. In that case an injunction upon the collection of an assessment, on the ground that it was illegal, was sustained in the Supreme Court. For the reasons given in that case, which apply in full force in this, the judgment below in this case is reversed.

Reversed, with costs, and cause remanded.